Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

_____Albany__ Division

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 1 5 2022
AT____ O'CLOCK
John M. Domurad, Clerk - Albany

John Edward Foland

)
)
)
*Plaintiff(s)*
)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
)
-v-
)
Federal Bureau of Investigation
)
)
)
*Defendant(s)*
)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:22-cv-357 (LEK/ML)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | John Edward Foland |
   | Street Address | NikolausStraße 84 |
   | City and County | 50937 Köln/Sülz |
   | State and Zip Code | Deutschland/Germany |
   | Telephone Number | |
   | E-mail Address | johnfolandsameone@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigation |
| Job or Title (if known) | FBI Headquarters |
| Street Address | 935 Pennsylvania Avenue, NW |
| City and County | Washington, D.C. |
| State and Zip Code | Washington, D.C. 20535-0001 |
| Telephone Number | (202) 324-3000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | The Estate Of Colin Powell |
| Job or Title (if known) | State, Former National Security Advisor |
| Street Address | 909 North Washington Street  Suite 767 |
| City and County | Alexandria, Virginia |
| State and Zip Code | 5510 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Page 2

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) **John Edward Foland**, is a citizen of the State of (name) **Pennsylvania**.

2. If the plaintiff is a corporation

   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____

   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

   The defendant, (name) **Federal Bureau of Investigation**, is incorporated under the laws of the State of (name) **United States**, and has its principal place of business in the State of (name) **United States**

   Or is incorporated under the laws of (foreign nation) **United states**

   and has its principal place of business in (name) **United states**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$500,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant w: involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim an write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* Federal Bureau of Investigation _____, owes the plaintiff *(specify the amount)* $ ____500,000.00____ , because *(use one or more of the following, as appropriate)*:

**A.   On a Promissory Note**

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintif on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the r of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ . A copy of the note is attached as a1 exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

**B.   On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $ ____500,000.00____ . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain perioc and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

**C.    For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.    For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned the defendant on *(date)* _____ .

**E.    For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

**F.    For Money Had and Received**

The defendant was paid money *(specify the amount)* $ 500,000.00 on *(date)* _____
*(identify who paid and describe the circumstances of the payment)*

from 1976 to 1978 I snitched Gacy and 22 others out to the FBI and got paid $500,000 in 1981 the US Government took the untouched money back in 1986,because my Father tried to Unjustifiably access the Account.

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or deposit to be returned)*

In Regard To A Crime Scene Dig,which Uncovered 8 Bodies in Georgetown Borough Pennslyvania 15043,at the Residence of Dick Trimble,329 3rd street,Georgetown PA 15043
and The First Dig Prompting the Warrent for the 329 3rd street dig,carried out after One Body was discovered at the Residence Of Debra Hewitt Trimble

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would Like to Be paid the $500,000 as per the Promises of The United States Federal Bureau of Investigation in 1981.

I helped the FBI Unearth 27 Bodies in Albany New York in 1976 Claiming 8 of those Children to Have been Killed by John Gacy and Another 8 to Have been Murdered By Ronald Flitton as well as Definining the Underhouse plot in regard to My belief that there were four seperate Burial patterns Gacy at the front of the House Originally buring the Bodies Quickly from A Front entrance under the Trailer he had put on the Site after Demolishing the Original House Owned by My father until 1968 and then A Second trailer and Then a New house on the Same foundation, I claimed to The FBI that Ronald would bury his Dead at the back rear and would sometimes Bring Bodies back out from Under the House a Third Area At the right Mid section Of the Underhouse  The Fourth Burial Pattern Short of center further in Then Ronald's Burials A single Child Buried a the Edge Center I claimed

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/05/2022

Signature of Plaintiff: *John E Foland*

Printed Name of Plaintiff: John Edward Foland

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

 John Foland Same One <johnfolandsameone@gmail.com>

# Ron 1971-1981
1 Nachricht

**John Foland Same One** <johnfolandsameone@gmail.com>  3. April 2022 um 14:20
An: aelias@nallilaw.com

My Name is John Edward Foland 177485490.

I wish to Request Records from the Federal Bureau of Investigation (Department of Justice),

In Regard To A Crime Scene Dig,which Uncovered 8 Bodies in Georgetown Borough Pennslyvania 15043,

in 1975 at The Residence of One Dick Trimble.

Dick Trimble

329 3rd Street

Georgetown Pa 15043

and The First Dig Prompting the Warrent for the 329 3rd street dig,carried out after One Body was discovered at the Residence Of Debra Hewitt Trimble the Daughter Of Mr.Dick Trimble also Of Georgetown Borough Pennslyvania.

So After I Bailed On Gacy and The Two Flitton Elders In 1971,

My Father Has about a Day to Think about What He is Going to Do in Regard to Ronald Flitton and His Relative John (Doe) Flitton,Being Prosecuted over my Being Held by John (Doe) for over a year.

My Father had once owned the Lot in New York were John Wayne Gacy lived at the time of his arrest there was an Original house there that was demolished then Gacy put I'm One trailer then a second then put the Trailers in Storage,and replaced them with a house on the foundation that the two trailers had sat on.

My Father owned the land until 1968 with two years of payment from 1966.

My Father had already met my mother and had been telling her he was in Vietnam he had actually done a two year stint in the navy and was out by my birth,he was am Electricians Mate,Gacy had continued to be a Family acquaintance and sometimes came to our house in plum borough Allegheny County Pennsylvania,he also had a residence in East Pittsburgh,from 1976 to 1978 I snitched Gacy and 22 others out to the FBI and got paid $500,000 in 1981.the US Government took the untouched money back in 1986,because my Father tried to Unjustifiably access the Account.

WE, my Father and I already knew Ron Flitton. on occasion I would ride with my Father from Plum borough in Allegheny County to Shipingport Atomic Power Station to pick up my Father's pay.I would wait in the parking lot for My Father when he stopped to get his check.

We sometimes traveled out of the plant through the back entrance and through Georgetown borough via aggregate plant road.

We would sometimes see Ronald Flitton behind Dick Trimble's house with a shovel,digging on the back hillside adjacent to the road.

"Hey Ron,How you doing,what's with the shovel? it's like the third time."

Colin Powell defended Ronald Flitton A One Time Friend Of My father From Idaho falls Using His Position as A White House Fellow From 1971-1975 to Help Ronald Flitton Allude Being Charged Both By The Idaho Falls Police In 1971 1972 1981 and By The United States FBI in 1975 1976 I I Had persisted in antaganozing Mr. Powell into a dig at The Property of Debra Hewitt In Georgetown Pennslyvania in 1975 and Had Got a Body there and was Given A Chance then To Prompt the FBI to Do a Second Dig at Mrs. Hewitt's father's House also in Georgetown Pennslyvania which led to The Discovery of 8 more Bodies I claimed Ronald Flitton was responsible for Killing My father had Been An Associate of Ronald Flitton and Debra Hewitt Now debra Watson Since Early 1971 and I would Visit the Hewitt's and The Trimble's on their Property with and without My father.I also help the FBI Unearth 27 Bodies in Albany New York in 1976 Claiming 8 of those Children to Have been Murdered By John wayne Gacy and Another 8 to Have been Murdered By Ronald Flitton as well as Definining the Underhouse plot in regard to My belief that there were four seperate Burial patterns Gacy at the front of the House Originally buring the Bodies Quickly from A Front entrance under the Trailer he had put on the Site after Demolishing the Original House Owned by My father until 1968 and then A Second trailor and Then a New house on the Same foundation,I claimed to The FBI that Ronald would bury his Dead at the back rear and would sometimes Bring Bodies back out from Under the House a Third Area At the right Mid section Of the Underhouse The Fourth Burial Pattern Short of center further in Then Ronald's Burials A single Child Buried at the Edge Center I claimed John wayne Gacy had forced My father to Bury another at the Tree line by the Creek Same story and then My father abandoned the Property to Gacy and after two years agreed to sell Mr. Gacy the Lot when Gacy Demolished the house which was once my father's

Part Two- I'll Have a Fist (You're Not getting Your Kid Back)

After Again being Stanced over again By Ronald Flitton and This Time Dick Trimble,having been Returned to My Father after the Excuse me Ms. Could You Say You're My Mom When The Cops Get Here ,Traffic Breakdown escape From Ron and John (Doe) Flitton and John Wayne Gacy

I Got Colin A Body at the Georgetown Pennslyvania Home of Debra Watson Then Debra Hewitt which Got Me the Go ahead for the FBI to Dig at Her Father Dick Trimble's Home,where I Had also Benn held against My will as a Young boy

"You're Not Getting You're Kid Back" (Qoute) Ronald Flitton To My Father Richard Lee Foland Sr.

The FBI Uncovered 8 Bodies at My Urging,and Then Allowed me to Help them Track 18 Other Men,Through Kentucky and Ohio,With My Father's help Also We were able to Get a Warrant to Dig at The Albany New York Home of John Gacy Whom,We Went to Visit after My Father had Solicited Mrs.Hewitt to Find Someone to Kill Me,I convinced Colin to Allow My Father to Go,Claiming Gacy Who I Already Knew Socially was the Only One Who frightened me Seriously although they were all Dangerous.

I explained that There were 4 Different Burial Patterns and That The Men,all of Whom I Knew,had each Practiced a Different Burial Behaviour,Ron Flitton Burying His Dead at The Left Rear,and Sometimes Removing the Bodies to Have Sex with A Corpse if He did Not feel He had time to Abduct a New Child,Gacy Burying His Through a Hole at the Front Of the House Quickly Under the Trailer and then the House he replaced the Two Trailers with,and John Flitton burying his bodies Sometime before from the Other side,Right Mid Area Which was probably InAccessible after the House was Placed on The Foundation,and One Body Mid-Center back which I claimed gacy Forced My father to Bury when they Shared the Original House on that Property.as well as another at the Tree line Buried by My father in the Same Scenario Forced By Gacy,And My father Then Leaving the Property and Ultimately Selling it to Mr.Gacy.

I was Paid $500,000 By The FBI in 1981,which was to Be Kept in an Account for me Until I was 18,Little Ms.hewiitt Had asked My father if She Could get Some of the Money in 1986,and My father Had Tried to Access the Account Promising The Now 15 year Old Grand Daughter of The Man Who owned the Property were the 8 Bodies were recovered and her Mother still living in the Home were the First Body was Discovered,with My help AN ALLOWANCE.

He had also Dreamed up A $30,000 Car Purchase,To Show His Need for Access to The Account,the Car Never Existed,and Then My Dad Said "JACK'S SMOKING POT,YOU OUGHT TO GIVE THE MONEY TO ME ANYWAY,I'LL GET YOU A WEED BUST:"

The Money was Taken in 1987,One Year Before I was to Have Legally Recieved it.

John Doe Flitton

in 1970 My Father Richard Lee Foland, Sold me To John Doe for $230

I was in the Back yard doing nothing and He My father Told me You're Going With This Man,

I get in The Man's car and a Second man Slips a Bag over My Head and Gets in to The Front Passenger Side. We Ride for some time and I think there Trying to Cofuse me and they Take the Bag of and say do you know where you are. I don't Know who you are i can't even get off my Street.Where's my dad?

"Your dad Gave you to To Us."

After hours in the car we get to a House

I talk comfortably with the Man about God.

and the Man took to Beating me Regularly after that I learned over the following Months to Cover My Sides with Both Arms pulled down beside my Ribs,and to Cover My Head with Both arms as well as the months went on.

Who are you and where am I at?

Where's my Dad.

I was almost always alone there with John Doe,but on Occassion The Other Man I learned to Be Ronald Flitton would Sometimes Visit.

Ron would bring His Son and Sometimes Bring Susan Hewitt as well I went Debra Watson and also John Gacy.

I ultimately found out it was Calcutta Ohio.

My Last day with John Doe Flitton

Ronald Flitton

John Doe Flitton

and John Gacy were Riding me in the Car.

A Woman was Pulled to The Side of The Road with car trouble and as Traffic slowed I told John (Doe) to

Speed up But Don't do it yet.

I'm Gonna show you Why the Cops won't come ever for either of You idiots.

You'll be alright Right I just to see this Lady

Wait right here.

Wait til this lady Comes up.

and I ran over "SAY YOU'RE MY MOM!"

Get The Cops.

Traffic Call Monroeville Pennslyvania 1971

Wasn't This a Different Room?

More detailed information About my 1970-71 stay with John (Doe) Flitton.

My Father had told me I was ( you are) going with "This Guy".

After a long ride with Ronald and John (Doe) ,

John (Doe) at on point along the way,stopping to Put on a Police looking Uniform and Ronald taking the Bag off of My head,The two men became obviously flustered and I could talk to Them about the events,

Why would you put on a Police uniform without a Police car.

otherwise Long Trip as they would claim to be going to Ohio and not.

I got To Mr. Doe's house

"who are You?"

Your New thing,,

"You ain't My Dad,Motherfucker!"

"Get The fuck off of me!"

(He Dragged me around the front room by the coat and Pushed me into

the Bathroom.)

"HEY!"

"You Better Let me out of here!"

Who the fuck are supposed to be!

You ain't my dad!

You ain't nothing!

Let me out.

I slept on the Bathroom floor that night and he let me into the Front(Living Room).

We would talk sometimes during the day and then He would same if you make any noise while I'm Sleeping,I'm going lock back in The bathroom,Can I go.

Heheheh

So he goes to Sleep,and I try to sneak out the front door the Door creeks,and he jumps up and grabs me the Kind of Snatched up where a kid would fly off their feet and he runs me over bent down,and by the collar,and into a Closet "this isn't the same room?"

So I would sleep in the closet overnight in the dark and I hadn't noticed where the bathroom was cause he drag me out and Kick me around the Living room floor in the dark,until one about Two weeks into my captivity.

He drug me into the closet and I saw the Bathroom light was on.

By then Ronald Flitton was Coming over,"You better not have him Pissing in that Room"

"I don't want a lovely cat."

the police will come here and they'll see that.

Best wash it out.

In 1971 Ronald Flitton Confessed to Murdering Two Boys at The Sitting Park Chaperal Drive and Sunnyside Road,Mr.Flitton was stopped the Night before by Idaho falls Police and One of the Children Complained that Ronald Flitton had Fingered him,the Next Morning the two Boys were dead and Ronald had confessed to the Murders,Two More Boys Bodies were found at His Home,the home he lived in prior to Moving to Chapperal Drive one on the Dining Room Floor,and One under a piece Of OSB Board leaned against a stack of two by tens. I was on the Phone That day,With Colin Powell and The Idaho Falls Police.

Idaho Falls day School

The Day School Promo was Set Up By Ronald Reagen in 1980,Ronald Flitton took,over the school and Forced the original proprietor out until the School was closed. Idaho Falls day School in 1981,almost all of These Children were Killed by Ronald Flitton too.


So After I Bailed On Gacy and The Two Flitton Elders In 1971,

My Father Has about a Day to Think about What He is Going to Do in Regard to Ronald Flitton and His Relative John (Doe) Flitton,Being Prosecuted over my Being Held by John (Doe) for over a year.

"NO" "I'M GOING WITH RON"

So Colin Powell -

and My Father stay friend's with the flitton's and the Trimble's and Ronald Flitton and Dick Trimble Babysit me Down in Georgetown Sometimes.There's Lots of Kids there and I get along with the Kids that Are Associated with The Flitton's and The Trimble's but the Kids give me the Usual dismiss "your to God stuff,God,God,God,God,God."

No Big Deal,

But Ron Starts to Push all of Us around and One Day Dick Trimble Grabs me From Behind Leaning over From Standing Behind me and I just Get a Chill Like oh,

I Hide under the Table and Try to Pull the Chairs in By The Legs As They try to get me under the Table,Susie is There in The Room,She says "He's Scared, Scared Little Boy,Come out and Face these Big Men."

he let's me go and Ronald and Dick in I are Talking in the Backyard and they start to Kick me around the yard which was their Regular Practice.

So Long Story Short (I have already Talked here on Facebook about the Body with the Burlap Bag and Plastic twine) Read My Other Post Ronald showed me where to Dig that Body.

I'm telling Ronald Flitton,I'm Going to get you I Like you Less than Dick trimble and he's Creepy.

Susan Hewitt, Debra Trimble's daughter had been Know to sit on Her grandfather's porch with the Body Which She had Dressed in The Burlap shirt She Made and The Plastic Twine She had Tied Around the Boys Neck.

So 2 years Go By And,We're still hanging around with The Hewitt's I Met This Kid at Debra's and after a few times he's Gone.

"Where's The other Kid?"

And Ronald Showed his hand Digging in the back yard at Deb's there around both corners of the Back of the House.

I'm Gonna Shut you up John

Colin and I were talking in Debra Watson's yard in 1975,I said I know There's a Body right here at the Back Corner of the house.

I watched Ron Flitton digging on both back corners of the house.I also watched Debra Watson then Debra Hewitt step on the Spot and Grind her foot in. Susan would Stomp on the spot with spite.and say I hate men I hate Him and I hate you.

I told Colin Powell.

He Said "I'm going to shut you up John,I will dig."

We had Known the Hewitt's including Susan's Sister who was Fostered out since the early 70's

Even visiting Debra's house where I convinced Colin to dig for a Body at the rear of the house,the discovery of the Body got me the Go ahead for the dig at Dick Trimble's house Susan's Grandfather

I was 5 years old

Susan's Sister I Called Frip

She used to Love Frippin

Flipping

She said it Frip me

FLIP ME

FRIP Started Yelling Susie's Fuckin

Debra's then Boyfriend John (Doe) Flitton I witnessed "Fuckin" Susan both at my Father's house in Plum Borough Allegheny County and at Pymatuming on the tailgate of a pickup truck


Colin Powell who would also attend there at Debra's,

at First refused to hear me on the Subject"No,I Will Not,John,Just won't do it."

Finally says. "Enough,I'M going to Do it,John,I'm Going to get a Warrant and I am Going to Dig and That's going to Be the Last Time,John."

So They Dig legally,and GOT THE BODY:

"I Say can You Dig Dick's?" there's More Bodies There."

They Dig and Discover 8 More Bodies,

The bodies were found buried on the hillside right behind Dick Trimble's yard

GEORGETOWN BOROUGH PENNSYLVANIA DICK TRIMBLE'S HOUSE 3RD STREET


They Don't let me around the Back Hillside sloped down to "Dam Road",Because I am a Kid,But My Dad is allowed to Be there I am Asked to Stay in the Front Yard,Ronald says "ONE OF THESE KIDS IS JACK""ASK HIM"

COLIN POWELL SAYS "THERE'S YOUR DEFENSE RON"

The FBI Still Favored Me Over Colin Powell and We Tracked 18 men related To Debra Hewitt,and Ronald Flitton,until 1981 when I was paid $500,000.