UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN EDWARD FOLAND, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 22-1169 (UNA) |
| | : | |
| FEDERAL BUREAU OF | : | |
| INVESTIGATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OPINION**

This matter is before the Court on initial review of plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint.  It appears that the plaintiff demands payment of $500,000 promised him by the Federal Bureau of Investigation in exchange for information provided by the plaintiff leading to the recovery of murder victims' bodies buried in Pennsylvania and New York.  The complaint, therefore, reasonably is construed as a breach of contract action against a Federal government agency over which this federal district court lacks jurisdiction.  "The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded . . . upon . . . any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort."  28 U.S.C. § 1491(a)(1); *see Waters v. Rumsfeld*, 320 F.3d 265, 270 (D.C. Cir. 2003); *Associated Mortg. Bankers Inc. v. Carson*, 279 F. Supp. 3d 58, 65 (D.D.C. 2017) (observing that "[c]laims for monetary relief or specific performance suggest the claim is more like a contract action").

Accordingly, the Court GRANTS plaintiff's application and DISMISSES the complaint and this civil action without prejudice. An Order is issued separately.

DATE: June 6, 2022                              /s/
                                                DABNEY L. FRIEDRICH
                                                United States District Judge